**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 20 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:05CV00018 |
| CHRISTOPHER HUGHES | : | |

MOTION TO SEAL

The United States by and through its undersigned attorney moves to seal the Indictment and all related documents in the above captioned case for 30 days or when the defendant is in custody, whichever is sooner.

Respectfully submitted,

JOHN L. BROWNLEE.
United States Attorney

/s/ Nancy S. Healey
Nancy S. Healey
Assistant United States Attorney

4-20-05